STATE v. REID

No. 16 P 82.

Case below: 55 N.C. App. 72.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. ROTENBERRY

No. 41 P 82.

Case below: 54 N.C. App. 504.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 March 1982.

STATE v. SCOTT & SELLERS

No. 173 PC.

Case below: 55 N.C. App. 268.

Petition by defendant Sellers for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. SHELTON

No. 64 PC.

Case below: 53 N.C. App. 632.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STATE v. STEBBINS

No. 176 PC.

Case below: 55 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.